THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C25-1893-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DHL EXPRESS (USA, Inc., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal and proposed order (Dkt. No. 7). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here[1] is self-executing and this action is DISMISSED. The Clerk is DIRECTED to close this case.

---

[1] In accordance with the parties stipulation, it "shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest, attorney's fees and costs for the time period encompassed by this action, August 2024 and December 2024, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than August 2024 and December 2024." (Dkt. No. 7 at 1–2.)

MINUTE ORDER
C25-1893-JCC
PAGE - 1

DATED this 24th day of October 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk
